**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| WILLIAM FRANKLIN SUBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 4:15-CV-200 (CDL) |
| | ) | |
| CSX TRANSPORTATION, | ) | |
| INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff William Franklin Suber and Defendant CSX Transportation, Inc. stipulate that the above-captioned case is hereby dismissed with prejudice as to the claims asserted against all parties. Each party will bear its own costs.

| | |
|---|---|
| HALL, BLOCH, GARLAND<br> & MEYER, LLP | THE CALLIER FIRM |
| | |
| */s/ Jay Traynham* | */s/ Jefferson C. Callier* |
| Jay Traynham | Jefferson C. Callier |
| Georgia State Bar No.: 716231 | Georgia State Bar No.: 105250 |
| 577 Mulberry Street, Suite 1500 | P.O. Box 2604 |
| Macon, Georgia 31201 | Columbus, Georgia 31902 |
| (478) 745-1625 phone | (706) 323-7711 phone |
| (478) 741-8822  fax | (706) 323-7544 fax |
| jaytraynham@hbgm.com | calcallier@aol.com |
| | |
| *Counsel for Defendant* | *Counsel for Plaintiff* |
| *CSX Transportation, Inc.* | *William Franklin Suber* |

## CERTIFICATE OF SERVICE

I certify that the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed by ECF on June 28, 2017, and that as a result electronic notice of the filing will be served upon all counsel of record.

HALL, BLOCH, GARLAND                                          THE CALLIER FIRM
 & MEYER, LLP

*/s/ Jay Traynham*                                             */s/Jefferson C. Callier*
Jay Traynham                                                  Jefferson C. Callier
Georgia State Bar No.: 716231                                 Georgia State Bar No.: 105250
577 Mulberry Street, Suite 1500                               P.O. Box 2604
Macon, Georgia 31201                                          Columbus, Georgia 31902
(478) 745-1625 phone                                          (706) 323-7711 phone
(478) 741-8822  fax                                           (706) 323-7544 fax
jaytraynham@hbgm.com                                          calcallier@aol.com

*Counsel for Defendant*                                       *Counsel for Plaintiff*
*CSX Transportation, Inc.*                                    *William Franklin Suber*